FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 SEP 24 AM 9: 53
US DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF      :     CASE NO. 3:15-MJ-350

Information associated with the Facebook User     :
ID **100006923686665** that is stored at premises
controlled by Facebook Inc.                 :

---

### ORDER SEALING APPLICATION, SEARCH WARRANT, SUPPORTING AFFIDAVIT AND RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return

for captioned Search Warrant be sealed and kept from public inspection.

9-24-15
_____
DATE

_____
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE